HENRY L. PFEFFER, Respondent, *v.* THE BUFFALO RAILWAY
COMPANY, Appellant.

(Argued October 26, 1894; decided November 27, 1894.)

APPEAL from judgment of the General Term of the
Superior Court of the city of Buffalo, entered upon an order
made July 14, 1893, which modified and affirmed as modified
a judgment in favor of plaintiff entered upon a verdict.

*C. S. Crosser* for appellant.

*George W. Cothran* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

AUGUSTUS VAN KEUREN et al., Respondents, *v.* WILLIAM
STARR MILLER, Appellant.

(Argued October 30, 1894; decided November 27, 1894.)

APPEAL from judgment of the General Term of the
Supreme Court in the second judicial department, entered
upon an order made July 28, 1893, which affirmed a judgment
in favor of plaintiffs entered upon a decision of the court on
trial at Special Term.

*Esselstyn & McCarty* for appellant.

*A. Lee Wager* for respondents.

Agree to affirm, with costs and five per cent damages under
section 3251 of Code of Civil Procedure; no opinion.
All concur.
Judgment affirmed.